UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:12-CV-22435-PAS

World Wide Supply OÜ

    Plaintiff,

vs.

QUAIL CRUISES SHIP MANAGEMENT a/k/a
HAPPY CRUISES, S.A., JEWEL OWNER, LTD.,
and INTERNATIONAL SHIPPING PARTNERS,
INC.,

    Defendants.
_____/

## FINAL JUDGEMENT

THIS MATTER came before the Court upon Defendant JEWEL OWNER, LTD. ("Jewel") and INTERNATIONAL SHIPPING PARTNERS, INC's ("ISP") motions for summary judgment. [DE 13; DE 14]. The Court granted final summary judgment to Defendants Jewel and ISP in a contemporaneously entered Order which set forth its reasoning. Accordingly, it is

ORDERED THAT

Final Judgment is entered in favor of Defendants Jewel and ISP and against Plaintiff Worldwide Supply OÜ, which shall recover nothing in this action.

DONE AND ORDERED in Miami, Florida this 14 of April, 2014.

                                              PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record